*In re* **Bridgeforth**, Wyvonnia Ford (MR 18598)
Oak Park, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent Wyvonnia Ford Bridgeforth is suspended from the practice of law for one year.

Respondent Wyvonnia Ford Bridgeforth shall reimburse the Disciplinary Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.